UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. RANKIN,

    Plaintiff,

v.

COUNTY OF BERRIEN,

    Defendant.
_____/

Case No.: 1:17-cv-484

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 6). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's motion for preliminary injunction (ECF No. 3) is DENIED.

Dated: July 7, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge