UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James R. Rankin,

    Plaintiff,

v.

Case No. 1:17-cv-484

Honorable Paul L. Maloney

County of Berrien,

    Defendant.

_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered . A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under Fed. R. App. P. 4(a).

Date: July 7, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge